FILED'10 APR 2 14:43USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| CAROLINE C. PEREZ and MARIA T. PEREZ, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>DEL MONTE FRESH PRODUCE N.A., INC., a Florida Foreign Business Corporation,<br><br>        Defendant. | 09-CV-1194-AC<br><br>ORDER |

**BROWN, Judge.**

    Magistrate Judge John V. Acosta issued Findings and Recommendation (#22) on January 21, 2010, in which he recommended the Court grant Plaintiffs' Motion (#11) to Remand and deny

1 - ORDER

Plaintiffs' request for attorneys' fees. Defendant filed timely Objections to the Findings and Recommendation. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1). *See also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*); *United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988).

In its Objections, Defendant reiterates the arguments in its Memorandum in Opposition to Plaintiffs' Motion to Remand. This Court has carefully considered Defendant's Objections and concludes they do not provide a basis to modify the Findings and Recommendation. The Court also has reviewed the pertinent portions of the record *de novo* and does not find any error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Acosta's Findings and Recommendation (#22) and, accordingly, **GRANTS** Plaintiffs' Motion (#11) to Remand and **DENIES** Plaintiffs' request for attorneys'

2 - ORDER

fees.

    IT IS SO ORDERED.

    DATED this 1st day of April, 2010.

/s/ Anna J. Brown
ANNA J. BROWN
United States District Judge

3 - ORDER